## LIBERTY & FREEDOM
### LEGAL GROUP, LTD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2026

May 28, 2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Garcia et al. v. Aviles-Ramos et al.*, 25-cv-9792 (MKV)

Dear Judge Vyskocil:

      The undersigned represents the Plaintiff in the above-referenced matter Plaintiff respectfully submits this letter motion requesting, nunc pro tunc, a one-day extension of Plaintiff's deadline to file her motion for summary judgment, from May 27, 2026 to May 28, 2026.

      Plaintiff respectfully submits that additional time is needed for the undersigned as a result of the attorney assigned to lead with regards to this matter, Jeffrey Arlen Spinner, making preparations for a surgical procedure which is taking place today, May 28, 2026, at 7:00 AM. Counsel was unexpectedly delayed in preparing the motion for summary judgment for filing yesterday as the voluminous record needed to be separated into seventy-four (74) files to comply with the maximum file size allowed to be submitted via ECF.

      This motion is Plaintiff's first request for extension of time. Plaintiff has previously consented to two motions for extension of time for Defendants to respond to the Complaint, both of which were granted.

      Plaintiff apologizes that this request was not submitted at least 72 hours prior to the filing deadline in accordance with Rule 2(G) of Your Honor's Individual Rules of Practice in Civil Cases and, further, that the request is being made after the expiration of Plaintiff's deadline to file the Motion for Summary Judgment. It was not anticipated that such a significant amount of time would be required to prepare the record for filing. This delay resulted in a conflict with the instructions Mr. Spinner had been given in advance of the surgical procedure. Accordingly, Plaintiff respectfully submits that there is good cause to excuse this noncompliance with Rule 2(G).

      Because the delay arose late in the day on May 27, 2026, Plaintiff was unable to seek Defendants' position before filing this request and therefore cannot represent whether Defendants consent to the requested relief.

      Plaintiff respectfully requests that the Court extend, nunc pro tunc, Plaintiff's deadline to file the motion for summary judgment to May 28, 2026.

The Plaintiff thanks the Court for its courtesy and consideration of this request.

Respectfully submitted,

*Nicole Lancia*

Nicole Lancia, Esq.

Cc: All Counsel of Record via ECF.

**Granted. SO ORDERED.**

Date: 5/29/2026
New York, New York

Mary Kay Vyskocil
United States District Judge